IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUINTON LAMAR FREEMAN,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-4653** |
| | : | |
| **CAPSTONE LOGISTICS, LLC,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 14th day of August, 2024, upon consideration of the parties' responses to the Court's Order to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction, (ECF Nos. 38-40), it is **ORDERED** that:

    1.    Plaintiff Quinton Lamar Freeman's Third Amended Complaint (ECF No. 15) is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

    2.    The Defendants' Motions to Dismiss (ECF Nos. 25, 26) are **DENIED AS MOOT** due to the dismissal of this case.

    3.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                              **BY THE COURT:**

                              */s/ Mia R. Perez*
                              **HON. MIA R. PEREZ**